UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL DEWAYNE AIKENS,

      Petitioner,

    v.

DOERER,

      Respondent.

No.  1:26-cv-02281-KES-FJS (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE

Doc. 6

Petitioner Daniel Dewayne Aikens is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 27, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the petition for lack of jurisdiction.  Doc. 6.  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), the Court has conducted a de

1

novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

In the event a notice of appeal is filed, a certificate of appealability will not be required because this is not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Accordingly,

1. The findings and recommendations issued on March 27, 2026, Doc. 6, are adopted in full;

2. The petition for writ of habeas corpus is dismissed;

3. The Clerk of Court is directed to enter judgment and close the case; and

4. In the event a notice of appeal is filed, no certificate of appealability is required.

IT IS SO ORDERED.

Dated:   June 9, 2026

UNITED STATES DISTRICT JUDGE